

Jefferson A. McGee
8553 Iris Crest Way
Elk Grove, CA 95624
(916) 685-1068

FEB 2 2 2005

CLERK U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JEFFERSON A. McGEE,** ) | **CASE NO.** 05UD00155 | |
| **PETITIONER,** ) | 2:05cv-00339 WBS DAD PS | |
| V. ) | **THE SUPERIOR COURT OF THE** | |
| ) | **STATE OF CALIFORNIA IN AND** | |
| **MMDD SACRAMENTO** ) | **FOR THE COUNTY OF** | |
| **PROJECT, A GENERAL** ) | **SACRAMENTO** | |
| **PARTNERSHIP, AND** ) | | |
| **THE CITY OF SACRAMENTO,** ) | | |
| **RESPONDANTS,** ) | | |

| S C A N N E D | | |
|---|---|---|
| | Initials | ak |
| | Doc # | 1 |
| | Folder | DAD |
| | Docket Init | |

## NOTICE OF FILING A PETITION OF REMOVAL

Pursuant to 28 U.S.C. section 1446(d) defendant Jefferson A. McGee gives notice

to the Superior Court of California in and for the County of Sacramento and to Edward R.

Brenner attorney for MMDD Sacramento Project a General Partnership that defendant

has filed a Notice of removal, removing the above-captioned action to the United States

District Court for the Eastern District of California. A copy of the Notice of Removal is

attached to this Notice.

Date: February 21, 2005

Jefferson A. McGee

1