IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERSON A. McGEE,

    Petitioner,        No. CIV S-05-0339 WBS DAD PS

    vs.

MMDD SACRAMENTO PROJECT,
a general partnership, et al.,

    Respondents.      <u>ORDER</u>

/

    Petitioner, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On August 2, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed August 2, 2005, are adopted in full;

    2. Petitioner's motion for a temporary restraining order is denied;

3. This state civil action is summarily remanded to the Sacramento County Superior Court;

4. Petitioner's application to proceed in forma pauperis is denied without prejudice as moot; and

5. The Clerk of the Court is directed to close this case.

DATED: August 26, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/mcgee0339.jo

2